142

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronnie D. RAINEY, Defendant–**
**Appellant.**

No. 15–7387.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 20, 2016.

Ronnie D. Rainey, Appellant Pro Se. Jason Harris Cowley, Evan Rikhye, Assistant United States Attorneys, Shailika S. Kotiya, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie D. Rainey seeks to appeal district court's order granting his motion to appoint counsel and to conduct a restitution hearing. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Rainey seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*